# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## CIVIL COMPLAINT

FILED
2021 OCT -7 PM 2:
DISTRICT COURT
DISTRICT OF FLOR
ORLANDO, FLORIDA

Edwin Berrios Guzman
    Plaintiff

vs

Christy C. Collins Judge Orange County Courthouse
Ann Coffman, Program Director Dept Of Revenue
Shevaun Harris, Office of The Secretary DCF
Kilolo Kijakazi, Commissioner Social Security Admin.
Christne C Groves, Hearing Officer Orange County Courthouse

Case No: 6:21-cv-1673

    Defendants

_____/

2021 OCT -7 PM 2:50
DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

## I. PARTIES TO THIS COMPLAINT

A.    Edwin Berrios Guzman  C/O Jellystone park ( **PLAINTIFF** )
      10618 East US Hwy 290
      Fredericksburg, TX 78624
      520-278-3917

B.    Ann Coffman Program Dir. CSE  ( **Defendant** )
      2450 Shumard Oak Blvd.
      Tallahassee, FL 32311
      850-488-6800

2.    Christy C. Collins Circuit Court Judge    **(Defendant )**
      425 N. Orange Ave Rm# 16-ARB Div 3
      Orlando, FL. 32801

3.    Kilolo Kijakazi  Commissioner of Social Security Admin ( **Defendant** )
      Social Security Office
      1100 West High Rise
      6401 Security Blvd
      Baltimore, MD. 21235

4.   Christine E. Groved  Hearing Officer        **(Defendant)**
     425 N. Orange Ave
     Orlando, FL 32801

5.   Shevaun Harris  Office of the Secretary DCF    **(Defendant)**
     400 W. Robinson St. Rm 1129
     Orlando, FL 32801
     407-317-7000

## II.   BASIS FOR JURISDICTION

Federal Court has jurisdiction over matters of 1. Case involving Federal Questions, 2. Case involving Diversity of citizenship of the parties and 3. Violations of Federal Laws and Procedures, violations of Due Process / Deprivation of Rights / violations under the Color Of Law

## III.   STATEMENT OF CLAIM

The above mentioned defendants have conspired, willfully and knowingly, participating in fraud , perjury and violations under the color of law in a related case number # **2005-DR-010591-0** in which the defendants all conspired and participated in violations noted herein. Defendants refusing to afford me with my constitutional Right of Due Process and Deprivation of Rights, as defined in Federal Rules, and the United States Constitution. The above mentioned defendants, and departments, have a financial interest in related case and there are conflicts of interest in their decisions, and shall have no shields of Immunity.

As to Defendant **Christy C. Collins, Judge Orange County Courthouse,** all motions submitted were met with being Stricken and /or denied with no explanations, although there were reference to case laws and Supreme Court Rulings, Christy C. Collins disregarded evidence to crimes committed, perjury, and fraud after evidence was submitted. A motion for continuance during an investigation into the allegations was quickly denied to cover up said crimes. Chirsty C. Collins operated under the color of law and violated my right to Due process and Deprivations of Rights and is considered a Co-conspirator.

As to Defendant **Ann Coffman, Program Director of Child Support Enforcement,** has failed to provide me with REQUIRED information as required by Federal Laws on Procedure, over a period of six (6) years, my request have gone unanswered and/or information furnished was not what was requested. The information requested will show that violations of Federal Rules have been violated. Information provided to Ann Coffin into the fraud and perjury of the individual in a related case ,were quickly set aside and no action has bee taken. Federal procedures were created for all to follow, and Ms Coffin has chosen to create new rules to superseded Federal Laws.

As to Defendant **Christine E. Groves, Non Judicial Hearing Officer at Orange county courthouse,** multiple motions and evidence was submitted into fraud and purjury during hearings in the related case and Chirstine Grove, a non- judicial hearing officer chose not to investigate my allegations nor approve my request for continueance into the allegations in order to cover up the possible involvements of the defendants list above.  Hearing officers duties are to Report and Recommed actions in hearings and Ms Groves violated the duties entrusted in providing a Fair and Imparcial hearing making a final judgement that is not part of her duties.  Ms. Groves is a co-conspiritor and accessory to commit fraud.

As to  Defendant **Kilolo Kijakazi Commissioner of Social Security Admin,** multiple request for a **VALID** court order, with an OFFICIAL seal , as required by law under 18 US code, for the interception of funds have gone unanswered.  A Cease and Desist letter sent to the office of Kilolo Kijakazi until matters are resolved have not been answered and deductions continue to be intercepted from my Entitlements.  Deductions without a legal document with an official signature is required to seize any property, papers or personal effects.  Representatives of the department have notified me that there are NO deduction orders that contain a Judicial signiture and that all orders received contain a signiture of Sharon King, a processing manager with child support enforcement, a non-judicial employee.  Kilolo Kijakazi is awear that there is no valid deduction order but will continue the offset my entitlements due to the processing fees collected once payments are made to the DOR.

As to Defendant **Shevaun Harris,   Office of the Secretary DCF.** Information and evidence into fraud were provided to DCF, commited by a party in the related case.  Complaint number #94784. information that made the party ineligible to receive assistace as indicated in the DCF website.  Documents and information that clearly shows that there was fraud and violations of DCF protocalls were all disregarded to cover up the failure of the program in contributing the the failing economy and lack of interest in going after participating that are abusing the system.

## IV.    RELIEF REQUESTED.

All parties found guilty of the allegations shall undergo the same punishment as any american citizen, no person shall be above the law and shall all be judged equally.  Reimbursements for all funds intercetpted while participating  in the violations listed above,  and a report to the Bar Assciations for said violations into the defendants listed.

## V.    CERTIFICATION

As required by Federal Rule of Civil Procedure,  I certifiy by signing below that to the best of my knowedge,  information, and belief, this complaint : (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay or needless increase the cost of litigation;   (2) is supported by exsisting law or by a non-frivolous argument for extending, modifying or reversing exsisting law;  (3)  the factual contentions have evidentiary support or, will likely have evidentary support after resonable opportunity for further investigation or discovery;  and (4) the complaint otherwise complies with the requirement of rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in a dismissal of my case.

Date. October 6th, 2021

Plaintiff Signiture: _____

Edwin Berrios Guzman
C/O Jellystone Park
10618 East US Hwy 290
Fredricksburg, TX 78624
edwinguzman1001@gmail.com
520-278-3917