UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN BERRIOS GUZMAN,

        Plaintiff,

v.                                                Case No. 6:21-cv-1673-RBD-GJK

ANN COFFMAN; CHRISTY C.
COLLINS; SHEVAUN HARRIS;
KILOLO KIJAKAZI; and
CHRISTINE C. GROVES,

        Defendants.

## AMENDED ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. No. 2)
>
> **FILED:** October 7, 2021
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Having reviewed Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2), the Court determined that Plaintiff is a pauper and entitled to proceed with the Complaint without payment of a filing fee. Doc. No. 3. The Clerk of this Court

shall mail summonses and Marshal 285 forms to Plaintiff for completion and return to the Court within fifteen days of mailing. The Clerk is directed to provide the completed forms to the United States Marshal. Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon the Defendant without cost to Plaintiff**.

**DONE** and **ORDERED** in Orlando, Florida, on October 12, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented parties