UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EDWIN BERRIOS GUZMAN,**

        **Plaintiff,**

v.                      **Case No. 6:21-cv-1673-RBD-GJK**

**ANN COFFMAN, CHRISTY C.
COLLINS, SHEVAUN HARRIS,
KILOLO KIJAKAZI and CHRISTINE
C. GROVES,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** MOTION TO AMEND DEFAULT JUDGMENT
> (Doc. No. 19)
>
> **FILED:** December 27, 2021
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On December 20, 2021, Plaintiff filed a motion for default judgment against the Defendants (the "Motion"). Doc. No. 17. On December 21, 2021, the Court entered an order denying the Motion (the "Order"). Doc. No. 18. In the Order,

the Court stated it is unclear whether Plaintiff is seeking a clerk's default or a default judgment, but because Plaintiff failed to obtain a clerk's default against each of the Defendants, a default judgment is unavailable. *Id.* at 2. Additionally, the Order stated, "a plaintiff should provide the Court with points and authorities containing citations to authority showing that the Plaintiff's claim or claims include allegations of all the necessary elements required for entitlement to relief." *Garcia v. Client Resolution Mgmt.*, LLC, No. 20-CV-20713, 2020 WL 2732345, at *3 (S.D. Fla. May 26, 2020) (quoting *Johnson v. Cate*, No. 1:09-cv-502, 2009 WL 2151370, at *2 (E.D. Cal. July 17, 2009)).

On December 27, 2021, Plaintiff filed an amended motion for default judgment (the "Amended Motion"). Doc. No. 19. The Amended Motion still does not provide any clarity as to the relief Plaintiff is seeking and Plaintiff still has not obtained a clerk's default against each of the Defendants. Thus, a default judgment remains unavailable. Further, in the Amended Motion, Plaintiff continues to provide an insufficient basis to explain why he is entitled to the relief he seeks. Doc. No. 19.

As stated in the Order denying Plaintiff's Motion, Plaintiff must first obtain a clerk's default before proceeding to seek a final judgment. Doc. No. 17 at

2. And at each step, Plaintiff must set for a legal basis, with supporting facts, for the specific relief requested. *Id.* at 3.

Accordingly, it is hereby **ORDERED** that the Amended Motion (Doc. No. 19) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on December 28, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties