ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN BERRIOS GUZMAN,

    Plaintiff,

v.           CASE NO.: 6:21-CV-01673-RBD-GJK

KILOLO KIJAKAZI,
Acting Commissioner of Social Security, et al.,

    Defendants.

_____/

**DECLARATION OF RAY WEST**

I, Ray West, in accordance with 28 U.S.C. § 1746(2), declare as follows:

1. I am a Management Analyst for the Social Security Administration, Center for Disability and Program Support, Atlanta Region.

2. In this role, I have access to records maintained by the Social Security Administration (SSA) about individuals, including records about benefits and garnishments.

3. I reviewed SSA's records about the benefits and garnishments for the Plaintiff in this matter, Edwin Guzman, and those records showed as follows:

    a. Mr. Guzman receives benefits under Title II of the Social Security Act.

    b. His current monthly benefit amount before withholdings is $1374.00.

    c.    SSA has received three income withholding orders from the state of Florida ordering garnishment of Mr. Guzman's benefits for child support.

    d.    SSA withheld $389.00 per month from Mr. Guzman's benefits in accordance with the first order, which was in effect from approximately June 16, 2017 to July 9, 2020.

    e.    SSA withheld $64.90 per month from Mr. Guzman's benefits in accordance with the second order, which was in effect from approximately July 9, 2020, to October 28, 2020.

    f.    SSA withheld $200.00 per month from Mr. Guzman's benefits in accordance with the third order, which was in effect starting on approximately June 17, 2021, and continues through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:       01/03/2022
                Date

                *Ray West*
                Signature of Ray West