From:                                    08/30/2017 18:24    #253 P.064/107

Case 6:21-cv-01673-RBD-GJK   Document 22-2   Filed 01/07/22   Page 1 of 37 PageID 91
Non-disability Repository Barcoded Fax Coversheet                     Page 1 of 1

## ATTACHMENT B

 INSERT THIS END FIRST 



**NDRed** *Fax Coversheet*

RQID:0000000000000073827118NB SITE:657 DR:F
SSN:138048335 DOCTYPE:7310 RF:B CS:eab9

**FAX DOCUMENT TO:** (866) 262-2693

**RETURN DOCUMENTS TO:** SMITH, J.
**DATE SUBMITTED:** 07/07/2017

**SUBMISSION INFORMATION:**

**Document Type Description: GARNISHMENT-Garnishment - Court Order**
**Remarks:**

**Associated Claims:**

| Claim SSN  BIC/ ID | Program | Claimant's Name | Claim Type | Filing Date |
|---|---|---|---|---|
| A | T2 | GUZMAN, EDWIN | Disability | 03/19/2014 |

**Please discard the paper coversheet after verification of submission**



## INCOME WITHHOLDING FOR SUPPORT

OMB0970-0154
CS-EF05/06
R. 10/24/14

☒ ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)

☐ AMENDED IWO

☐ ONE-TIME ORDER/NOTICE - LUMP SUM PAYMENT

☐ TERMINATION of IWO

**FLORIDA**

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: June 16, 2017

---

☒ Child Support Program (CSP) Agency     ☐ Court     ☐ Attorney     ☐ Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/programs/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (Include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name

RE: GUZMAN, EDWIN
    Employee/Obligor's Name (Last, First, Middle)

5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employee/Obligor's Social Security Number

Employer/Income Withholder's Address

LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

Child(ren)'s Birth Date(s)

Document Tracking Identifier:





020130562114991716710345 9605

10253

Employee/Obligor's Name: GUZMAN, EDWIN SSN: 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
CSP Agency Case Identifier: 1199679704 Order Identifier:050010591DR48

OMB0970-0154
CS-EF05/06
R. 10/24/14

**ORDER INFORMATION:** This document is based on the support or withholding order from ORANGE County, FL Circuit Court. You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$74.80 weekly current child support
$14.96 weekly past-due child support
$0.00 weekly current cash medical support
$0.00 weekly past-due cash medical support
$0.00 weekly current spousal support
$0.00 weekly past-due spousal support
$0.00 weekly other (must specify) _____.
for a **Total Amount to Withhold** of $89.76 weekly.

Arrears greater than 12 weeks? ☒ Yes ☐ No

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$89.76 per weekly pay period
$179.52 per biweekly pay period (every two weeks)
$194.48 per semimonthly pay period (twice a month)
$388.96 per monthly pay period
$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is Florida (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of 06/16/2017. Send payment within 2 working days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold up to 50% of disposable income. If the employee/obligor's principal place of employment is not Florida (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees at www.acf.hhs.gov/programs/css/resource/state-income-withholding-contacts-and-program-information for the employee/obligor's principal place of employment.

To remit payment electronically (EFT/EDT), call 1-888-883-0743 before first submission.

For electronic payment requirements and centralized payment collection and disbursement facility information (State Disbursement Unit [SDU]), see www.acf.hhs.gov/programs/css/employers/electronic-payments.

Include the **Remittance ID** with the payment and if necessary this FIPS code: _____.

**Remit payment to** Florida State Disbursement Unit (SDU/Tribal Order Payee)
at PO Box 8500, Tallahassee FL 32314-8500 (SDU/Tribal Payee Address)

☒ **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with 42 USC §666(b)(5) or (b)(6) or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

Signature of Judge/Issuing Official (if required by State or Tribal law): _____
Print Name of Judge/Issuing Official: Sharon Keri
Title of Judge/Issuing Official: Process Manager
Date of Signature: 06/16/2017

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.
☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

OMB Expiration Date - 7/31/2017. The OMB Expiration Date has no bearing on the termination date of the IWO; it identifies the version of the form currently in use.



020130562114991716710345960 5

OMB0970-0154
CS-EF05/06
R. 10/24/14

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN  Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN SSN: ·
CSP Agency Case Identifier: 1199679704 Order Identifier: 050010591DR48

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at: www.acf.hhs.gov/programs/css/resource/state-income-withholding-contacts-and-program-information

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (USC 42 §666(b)(7)). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/ obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO. (Section 61.1301(2)(e)9, Florida Statutes).

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) (15 U.S.C. 1673(b)); or 2) the amounts allowed by the state of the employee/obligor's principal place of employment or tribal law if a tribal order (see *REMITTANCE INFORMATION*). Disposable income is the net income left after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% - to 55% and 65% - if the arrears are greater than 12 weeks.





0201305621149917167103459605

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN   Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN SSN:
CSP Agency Case Identifier: 1199679704 Order Identifier: 050010591DR48

OMB0970-0154
CS-EF05/06
R. 10/24/14

If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

For tribal orders, you may not withhold more than the amounts allowed under the law of the issuing tribe. For tribal employers/income withholders who receive a state IWO, you may not withhold more than the limit set by tribal law.

Depending upon applicable state or tribal law, you may need to consider amounts paid for health care premiums in determining disposable income and applying appropriate withholding limits.

**Arrears greater than 12 weeks?** If the *Order information* does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child**: If your employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $19,361.55. Upon payment in full of the specified past-due amount, the deduction shall be reduced to $74.80 per week.

10256

020130562114991717167103459605

OMB0970-0154
CS-EF05/06
R. 10/24/14

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN  Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN SSN:
CSP Agency Case Identifier: 1199679704 Order Identifier: 050010591DR48

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS**: If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following information for the employee/obligor:

Termination date: _____ Last known phone number: _____

Last known home address: _____

_____

Final payment date to SDU/tribal payee: _____ Final payment amount: _____

New employer's name: _____

New employer's address: _____

**CONTACT INFORMATION**
**To Employer/Income Withholder**: If you have any questions, contact Florida Department of Revenue (Issuer name) by phone at 1-866-435-2763 by fax at _____, by email or website at www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (Issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact Florida Department of Revenue (Issuer name) by phone at 1-800-622-KIDS (5437), by fax at _____, by email or website at www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

10257



3 of 3

Case 6:21-cv-01673-RBD-GJK   Document 22-2   Filed 01/07/22   Page 8 of 37 PageID 98

10258

# INCOME WITHHOLDING FOR SUPPORT

CS-EF05/06
R. 04/19

**FLORIDA**

☐ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☒ **AMENDED IWO**
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☐ TERMINATION OF IWO

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: July 09, 2020



☒ Child Support Program (CSP) Agency    ☐ Court    ☐ Attorney    ☐ Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name

5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

RE: GUZMAN, EDWIN
Employee/Obligor's Name (Last, First, Middle)

Employee/Obligor's Social Security Number

Employee/Obligor's Date of Birth
LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)

Document Tracking ID:

OMB0970-0154

Expiration Date: 08/31/2020

Page 1 of 5



0401305629149920191100801271

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN

Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN

SSN:

CSP Agency Case Identifier: 1199679704

Order Identifier: 050010591DR48

**ORDER INFORMATION:** This document is based on the support order from ORANGE County, FL Circuit Court (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$0.00 weekly current child support
$14.96 weekly past-due child support
$0.00 weekly current cash medical support
$0.00 weekly past-due cash medical support
$0.00 weekly current spousal support
$0.00 weekly past-due spousal support
$0.00 weekly other (must specify) ........................................................
for a **Total Amount to Withhold** of $14.96 per weekly.

Arrears greater than 12 weeks? ☒Yes ☐ No

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$14.96 per weekly pay period
$29.92 per biweekly pay period (every two weeks)
$32.41 per semimonthly pay period (twice a month)
$64.83 per monthly pay period
$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is Florida (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of 07/09/2020. Send payment within 2 business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold 50% of disposable income for all orders. If the obligor is a non-employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of employment is not Florida (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees from the jurisdiction of the employee/obligor's principle place of employment. State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

To remit payment electronically (EFT/EDT), call (888) 883-0743 before first submission.

For electronic payment requirements and centralized payment collection and disbursement facility information [State Disbursement Unit (SDU)], see www.acf.hhs.gov/css/employers/employer-responsibilities/payments.

Include the Remittance ID with the payment and if necessary this locator code: _____`

**Remit payment to** Florida State Disbursement Unit   (SDU/Tribal Order Payee)
at P.O. Box 8500, Tallahassee, FL 32314-8500   (SDU/Tribal Payee Address)

☐   **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

If Required by State or Tribal law:

Issuing Official: s/Sharon Keri

Print Name of Issuing Official: Sharon Keri

Title of Issuing Official: Process Manager

Date of Signature: 07/09/2020



0401305629149920191100801271

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN    Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN             SSN:
CSP Agency Case Identifier: 1199679704            Order Identifier: 050010591DR48

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive a lump sum payment, have terminated employment, and to provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (section 466(b)(7) of the Social Security Act).  If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/ obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO. (Section 61.1301(2)(e)9, Florida Statutes)

T

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN   Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN   SSN:
CSP Agency Case Identifier: 1199679704   Order Identifier: 050010591DR48

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673(b)]; or 2) the amounts allowed by the law of the state of the employee/ obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/ obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% --to 55% and 65% --if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

**Arrears greater than 12 weeks?** If the *Order information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

The amended Income Withholding for Support notice is being sent to you because the obligation amount has changed on the case.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the first income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child:** If the employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $16,275.15. Upon payment in full of the past-due amount, deduct $0.00 per .

T

04013056291499201911100801271

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN    Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN    SSN:
CSP Agency Case Identifier: 1199679704    Order Identifier: 050010591DR48

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following for the employee/obligor:

Termination date: _____    Last known phone number: _____

Last known address: _____

_____

Final payment date to SDU/ tribal payee: _____    Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

**CONTACT INFORMATION**

**To Employer/Income Withholder:** If you have any questions, contact Florida Department of Revenue (issuer name) by telephone: 850-617-8989, by fax, by email, or website: www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact Florida Department of Revenue (issuer name) by telephone: 850-488-KIDS (5437), by fax, by email, or website: www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.



0401305629140520191100801276



**FLORIDA**
Executive
Director
Jim Zingale

**Florida Department of Revenue**
**Orlando Service Center**
400 W Robinson Street, Ste. S509
Orlando, FL 32801

EX-000015F
R. 04/16

# FAX

NOTICE: This communication is intended only for the person or entity to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited.

| | |
|---|---|
| TO: Social Security Administration | FROM: CHILD SUPPORT PROGRAM |
| FAX: 407-846-2358 | FAX: 407-245-0239 |
| PHONE: | PHONE: |
| SUBJECT: AMENDED Income Withholding | DATE: 08/05/2020 |
| PAGE: _____1_____ of __6_____ | |

Good afternoon,

Attached is the Amended Income Withholding for Mr. Edwin Guzman, effective 7/10/2020 the obligation amount is $14.96 per week.
Should you have any questions please contact us at 850-488-5437

Thank you,



**FLORIDA**

**Marla Sandoval**
*Revenue Administrator II*
Child Support Program/IDN
Florida Department of Revenue
Maria.Sandoval@floridarevenue.com

Child Support – Ann Coffin, Director ● General Tax Administration – Maria Johnson, Director
Property Tax Oversight – Dr. Maurice Gogarty, Director ● Information Services – Damu Kuttikrishnan, Director

http://dor.myflorida.com/dor/



# INCOME WITHHOLDING FOR SUPPORT

CS-EF05/06
R. 04/19

☐ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☒ AMENDED IWO
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☐ TERMINATION OF IWO

**FLORIDA**

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: July 09, 2020

☒ Child Support Program (CSP) Agency    ☐ Court    ☐ Attorney    ☐ Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (Include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

RE: GUZMAN, EDWIN
Employee/Obligor's Name (Last, First, Middle)

Employee/Obligor's Social Security Number
06/13/1968
Employee/Obligor's Date of Birth
LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)

Document Tracking ID:          OMB0970-0154      Expiration Date: 08/31/2020          Page 1 of 5

# T



040130562914992019110080127 1

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN

Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN

SSN:

CSP Agency Case Identifier: 1199679704

Order Identifier: 050010591DR48

**ORDER INFORMATION:** This document is based on the support order from ORANGE County, FL Circuit Court (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$0.00 weekly current child support
$14.96 weekly past-due child support
$0.00 weekly current cash medical support
$0.00 weekly past-due cash medical support
$0.00 weekly current spousal support
$0.00 weekly past-due spousal support
$0.00 weekly other (must specify) _____
for a **Total Amount to Withhold** of $14.96 per weekly.

Arrears greater than 12 weeks? ☒ Yes   ☐ No

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$14.96 per weekly pay period
$29.92 per biweekly pay period (every two weeks)
$32.41 per semimonthly pay period (twice a month)
$64.83 per monthly pay period
$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is Florida (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of 07/09/2020. Send payment within 2 business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold 50% of disposable income for all orders. If the obligor is a non-employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of employment is not Florida (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees from the jurisdiction of the employee/obligor's principle place of employment. State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

To remit payment electronically (EFT/EDT), call (888) 883-0743 before first submission.

For electronic payment requirements and centralized payment collection and disbursement facility information [State Disbursement Unit (SDU)], see www.acf.hhs.gov/css/employers/employer-responsibilities/payments.

include the Remittance ID with the payment and if necessary this locator code: _____.

| Remit payment to Florida State Disbursement Unit at P.O. Box 8500, Tallahassee, FL 32314-8500 | (SDU/Tribal Order Payee) (SDU/Tribal Payee Address) |
|---|---|

☐ **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

If Required by State or Tribal law:
Issuing Official: s/Sharon Keri
Print Name of Issuing Official: Sharon Keri
Title of Issuing Official: Process Manager
Date of Signature: 07/09/2020

Page 2 of 5



0401305629149920191100801271

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN

Employee/Obligor's Name: GUZMAN, EDWIN

CSP Agency Case Identifier: 1199679704

Employer FEIN:

SSN:

Order Identifier: 060010591DR48

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/Income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive a lump sum payment, have terminated employment, and to provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO. (Section 61.1301(2)(e)9, Florida Statutes)

T

0401305629149920191100801271

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN

Employee/Obligor's Name: GUZMAN, EDWIN

CSP Agency Case Identifier: 1199679704

Employer FEIN:

SSN:

Order Identifier: 050010591DR48

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673(b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% --to 55% and 65% --if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

**Arrears greater than 12 weeks?** If the *Order Information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

The amended Income Withholding for Support notice is being sent to you because the obligation amount has changed on the case.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the first income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child:** If the employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $18,275.15. Upon payment in full of the past-due amount, deduct $0.00 per .

0401305629149920191100801271

Ø006

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN
Employee/Obligor's Name: GUZMAN, EDWIN
CSP Agency Case Identifier: 1199679704

Employer FEIN:
SSN:
Order Identifier: 050010591DR48

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following for the employee/obligor:

Termination date: _____                Last known phone number: _____

Last known address: _____

_____

Final payment date to SDU/ tribal payee: _____   Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

**CONTACT INFORMATION**

**To Employer/Income Withholder:** If you have any questions, contact Florida Department of Revenue (issuer name) by telephone: 850-617-8989, by fax, by email, or website: www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact Florida Department of Revenue (issuer name) by telephone: 850-488-KIDS (5437), by fax, by email, or website: www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

040130562914052019110080127 6

## INCOME WITHHOLDING FOR SUPPORT

CS-EF05/06
R. 04/19

**FLORIDA**

☐ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☐ AMENDED IWO
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☒ TERMINATION OF IWO

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: October 28, 2020



☒ Child Support Program (CSP) Agency   ☐ Court   ☐ Attorney   ☐ Private Individual/Entity (Check One)

NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name

5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

RE: GUZMAN, EDWIN
Employee/Obligor's Name (Last, First, Middle)

Employee/Obligor's Social Security Number
06/13/1968
Employee/Obligor's Date of Birth
LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)

RECEIVED
NOV 0 , 2020
SSA ORLANDO FL 857

Document Tracking ID:

OMB0970-0154

Expiration Date: 08/31/2020

1 of 3







040130562914992030210727 6843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN                    Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN                            SSN:

CSP Agency Case Identifier: 1199679704                           Order Identifier: 050010591DR48

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this
order, a copy of this IWO must be provided to the employee/obligor.

☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located
at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide
information about employees who are eligible to receive a lump sum payment, have terminated employment, and to
provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income
(section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld
amounts from more than one employee/obligor's income in a single payment. You must, however, separately
identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or
to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to
the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception:
If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1,
1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this
form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on
which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or
tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which
you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all
IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving
priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the
employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments
to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are
required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from
the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have
withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/
obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this
IWO. (Section 61.1301(2)(e)9, Florida Statutes)




Employee's Name: ORLANDO SOCIAL SECURITY ADMIN          Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN                          SSN:

CSP Agency Case Identifier: 1199679704                     Order Identifier: 050010591DR48

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673(b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% —to 55% and 65% —if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

**Arrears greater than 12 weeks?** If the *Order information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

The amended Income Withholding for Support notice is being sent to you because the obligation amount has changed on the case.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the first income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child:** If the employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $0.00. Upon payment in full of the past-due amount, deduct $ per .

T

0401305629149920302107276843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN          Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN          SSN:

CSP Agency Case Identifier: 1199679704          Order Identifier: 050010591DR48

---

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following for the employee/obligor:

Termination date: _____          Last known phone number: _____

Last known address: _____

_____

Final payment date to SDU/ tribal payee: _____          Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

---

## CONTACT INFORMATION

**To Employer/Income Withholder:** If you have any questions, contact Florida Department of Revenue (issuer name) by telephone: 850-617-8989, by fax, by email, or website: www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact Florida Department of Revenue (issuer name) by telephone: 850-488-KIDS (5437), by fax, by email, or website: www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

4215





0401305629140520302107276848

4216



**Florida Department of Revenue**
*Child Support Program*

**FLORIDA**

RECEIVED
SSA KISSIMMEE      **Jim Zingale**
                   Executive Director

**OCT 2 9 2020**

5050 West Tennessee Street, Tallahassee, FL 32399                floridarevenue.com

# FAX

> **NOTICE:** This communication is intended only for the person or entity to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited.

| TO: | SSA Benefits Technical Examiner | FROM: | Nancy Lopez |
|---|---|---|---|
| FAX: | 407-846-2358 | FAX: | 407-245-0239 |
| PHONE: | | PHONE: | 407-245-0137 |
| SUBJECT: | Terminate IDN | DATE: | 10/29/2020 |
| PAGE: | 1 of 6 | | |

**COMMENTS:**

*Good Afternoon,*

*Please find enclosed terminate income deduction order to be implemented as soon as possible.*

*Thank you,*
*Nancy Lopez*
*Revenue Specialist II i*
*IDN/MED/GEN*

## INCOME WITHHOLDING FOR SUPPORT

CS-EF05/06
R. 04/19

**FLORIDA**

☐ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☐ AMENDED IWO
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☒ TERMINATION OF IWO

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: October 26, 2020

☒ Child Support Program (CSP) Agency    ☐ Court    ☐ Attorney    ☐ Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name

5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

RE: GUZMAN, EDWIN
Employee/Obligor's Name (Last, First, Middle)

Employee/Obligor's Social Security Number
06/13/1968
Employee/Obligor's Date of Birth
LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)

Document Tracking ID:          OMB0970-0154          Expiration Date: 08/31/2020          Page 1 of 5



0401305629149920302107276843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN          Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN                  SSN:
CSP Agency Case Identifier: 1199679704                 Order Identifier: 050010591DR46

***ORDER INFORMATION:*** This document is based on the support order from ORANGE County, FL Circuit Court (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$0.00  current child support
$0.00  past-due child support                          **Arrears greater than 12 weeks?** ☒ Yes  ☐ No
$0.00  current cash medical support
$0.00  past-due cash medical support
$0.00  current spousal support
$0.00  past-due spousal support
$0.00  other (must specify) _____
for a **Total Amount to Withhold** of $0.00 per .

***AMOUNTS TO WITHHOLD:*** You do not have to vary your pay cycle to be in compliance with the *Order Information.* If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$0.00 per weekly pay period
$0.00 per biweekly pay period (every two weeks)
$0.00 per semimonthly pay period (twice a month)
$0.00 per monthly pay period
$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

***REMITTANCE INFORMATION:*** If the employee/obligor's principal place of employment is Florida (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of 10/28/2020. Send payment within 2 business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold 50% of disposable income for all orders. If the obligor is a non-employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of employment is not Florida (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees from the jurisdiction of the employee/obligor's principle place of employment. State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

To remit payment electronically (EFT/EDT), call (888) 883-0743 before first submission.

For electronic payment requirements and centralized payment collection and disbursement facility information [State Disbursement Unit (SDU)], see www.acf.hhs.gov/css/employers/employer-responsibilities/payments.

Include the Remittance ID with the payment and if necessary this locator code: _____.

| | |
|---|---|
| **Remit payment to** Florida State Disbursement Unit at P.O. Box 8500, Tallahassee, FL 32314-8500 | (SDU/Tribal Order Payee) (SDU/Tribal Payee Address) |

☐ **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

If Required by State or Tribal law:
Issuing Official: s/Sharon Keri
Print Name of Issuing Official: Sharon Keri
Title of Issuing Official: Process Manager
Date of Signature: 10/28/2020

Page 2 of 5





0401305629149920302107276843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN          Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN                   SSN:
CSP Agency Case Identifier: 1199679704                  Order Identifier: 050010591DR48

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive a lump sum payment, have terminated employment, and to provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO. (Section 61.1301(2)(e)9, Florida Statutes)

Page 3 of 5

T

0401305629149920302107276843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN        Employer FEIN:
Employee/Obligor's Name: GUZMAN, EDWIN                  SSN: ___ _ ____
CSP Agency Case Identifier: 1199679704                 Order Identifier: 050010591DR48

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673(b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions, and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% --to 55% and 65% --if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

**Arrears greater than 12 weeks?** If the *Order Information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

The amended Income Withholding for Support notice is being sent to you because the obligation amount has changed on the case.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the first income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child:** If the employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $0.00. Upon payment in full of the past-due amount, deduct $ per .

T

040130562914992030210727843

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN
Employee/Obligor's Name: GUZMAN, EDWIN
CSP Agency Case Identifier: 1199679704

Employer FEIN:
SSN:
Order Identifier: 050010591DR46

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following for the employee/obligor:

Termination date: _____    Last known phone number: _____

Last known address: _____

_____

Final payment date to SDU/ tribal payee: _____    Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

### CONTACT INFORMATION

**To Employer/Income Withholder:** If you have any questions, contact <u>Florida Department of Revenue</u> (Issuer name) by telephone: <u>850-617-8989</u>, by fax, by email, or website: www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact <u>Florida Department of Revenue</u> (Issuer name) by telephone: 850-488-KIDS (5437), by fax, by email, or website: www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

040130562914052030210727 6848

# INCOME WITHHOLDING FOR SUPPORT

*MCK*

CS-EF05/06
R. 04/19

☒ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☐ AMENDED IWO
☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
☐ TERMINATION OF IWO   *SSN: 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*

**FLORIDA**

ORLANDO SOCIAL SECURITY ADMIN
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Date: June 17, 2021

☒ Child Support Program (CSP) Agency    ☐ Court    ☐ Attorney    ☐ Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSP agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory Florida
City/County/Dist./Tribe FL/Orange
Private Individual/Entity _____

Remittance ID (include w/payment) 050010591DR48
Order ID 050010591DR48
CSP Agency Case ID 1199679704

ORLANDO SOCIAL SECURITY ADMIN
Employer/Income Withholder's Name
5520 GATLIN AVE STE 101
ORLANDO FL 32812-7775

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN

Child(ren)'s Name(s) (Last, First, MI)

RE: GUZMAN, EDWIN
Employee/Obligor's Name (Last, First, Middle)

Employee/Obligor's Social Security Number
06/13/1968
Employee/Obligor's Date of Birth
LOPEZ, CAROLINE
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)

Document Tracking ID:

OMB0970-0154

Expiration Date: 08/31/2020

T

1 of 3



04013 5629149921168102851158



11167

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN

Employee/Obligor's Name: GUZMAN, EDWIN                    SSN:

CSP Agency Case Identifier: 1199679704          Order Identifier: 050010591DR48

**ORDER INFORMATION:** This document is based on the support order from ORANGE County, FL Circuit Court (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$0.00 monthly current child support

$200.00 monthly past-due child support          **Arrears greater than 12 weeks?** ☒Yes ☐ No

$0.00 monthly current cash medical support

$0.00 monthly past-due cash medical support

$0.00 monthly current spousal support

$0.00 monthly past-due spousal support

$0.00 monthly other (must specify) _____

for a **Total Amount to Withhold** of $200.00 per monthly.

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$46.15 per weekly pay period

$92.31 per biweekly pay period (every two weeks)

$100.00 per semimonthly pay period (twice a month)

$200.00 per monthly pay period

$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If the employee/obligor's principal place of employment is Florida (State/Tribe), you must begin withholding no later than the first pay period that occurs 14 days after the date of 06/17/2021. Send payment within 2 business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold 50% of disposable income for all orders. If the obligor is a non-employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of employment is not Florida (State/Tribe), obtain withholding limitations, time requirements, and any allowable employer fees from the jurisdiction of the employee/obligor's principle place of employment. State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

To remit payment electronically (EFT/EDT), call (888) 883-0743 before first submission.

For electronic payment requirements and centralized payment collection and disbursement facility information [State Disbursement Unit (SDU)], see www.acf.hhs.gov/css/employers/employer-responsibilities/payments.

Include the Remittance ID with the payment and if necessary this locator code: _____.

| | |
|---|---|
| **Remit payment to** Florida State Disbursement Unit | (SDU/Tribal Order Payee) |
| at P.O. Box 8500, Tallahassee, FL 32314-8500 | (SDU/Tribal Payee Address) |

☐ **Return to Sender [Completed by Employer/Income Withholder].** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

If Required by State or Tribal law:

Issuing Official: s/Sharon Keri

Print Name of Issuing Official: Sharon Keri

Title of Issuing Official: Process Manager

Date of Signature: 06/17/2021





0401305629149921168102851158

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN | Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN | SSN:

CSP Agency Case Identifier: 1199679704 | Order Identifier: 050010591DR48

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☒ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at: www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive a lump sum payment, have terminated employment, and to provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSP agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment.

**Payments to SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSP agency. If this IWO instructs you to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a court, attorney, or private individual/entity and the initial order was entered before January 1, 1994 or the order was issued by a tribal CSP agency, you must follow the "Remit payment to" instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSP agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/ obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO. (Section 61.1301(2)(e)9, Florida Statutes)



T   2 of 3



0401305629149921168102851158

Employer's Name: ORLANDO SOCIAL SECURITY ADMIN                    Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN                             SSN:

CSP Agency Case Identifier: 1199679704                            Order Identifier: 050010591DR48

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673(b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% ---to 55% and 65% ---if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

**Arrears greater than 12 weeks?** If the *Order information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:** The specific rules for prorating support deductions when the person has multiple cases are stated in section 61.1301(4), Florida Statutes. Please contact us by calling the phone number given below if you have questions.

If the employee's work state is Florida, you may collect up to $5 against this employee's income to reimburse you for administrative costs for the first income deduction and up to $2 for each deduction thereafter.

☒ **Collection of Arrears upon Emancipation of Child:** If the employee/obligor's current support obligation is reduced or terminated due to emancipation of a child and the obligor owes an arrearage, retroactive support, delinquency, or costs, you must continue to deduct income at the rate in effect immediately prior to emancipation until all arrearages, retroactive support, delinquency, and costs are paid in full or until the amount of withholding is modified by a court or administrative order.

As of the date of this notice, the past-due amount owed is $14,594.35. Upon payment in full of the past-due amount, deduct $0.00 per .

T



Employer's Name: ORLANDO SOCIAL SECURITY ADMIN          Employer FEIN:

Employee/Obligor's Name: GUZMAN, EDWIN                         SSN:

CSP Agency Case Identifier: 1199679704                    Order Identifier: 050010591DR48

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSP agency and/or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following for the employee/obligor:

Termination date: _____                    **Last known phone number:** _____

Last known address: _____

_____

Final payment date to SDU/ tribal payee: _____      Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

## CONTACT INFORMATION

**To Employer/Income Withholder:** If you have any questions, contact Florida Department of Revenue (issuer name) by telephone: 850-617-8989, by fax, by email, or website: www.floridarevenue.com/childsupport.

Send termination/income status notice and other correspondence to: 5050 W Tennessee St Building L, Tallahassee FL 32399-0195 (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact Florida Department of Revenue (issuer name) by telephone: 850-488-KIDS (5437), by fax, by email, or website: www.floridarevenue.com/childsupport.

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.




0401305629140521168102851153

11172