## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Edwin Berrios Guzman
    Plaintiff

   vs

Christy C. Collins
Ann Coffman,
Shevaun Harris,
Kilolo Kijakazi,
Christne C Groves

       Defendants

_____/

Case No: **6:21-CV-01673**

## PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS

The Plaintiff objects to the motion to Dismiss under Title 42 U.S Code 1983 which states,

**Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress**

The Social Security Administration is NOT listed as The Defendant. The Complaint names Kilolo Kijakazi , preforming in an Individual Capacity, violating 28 USC 1691 in which ALL orders must be signed and issued under seal. As mentioned in the Defendants motion to dismiss, the Florida Department of Revenue issued IWO to the Social Security Administration, as policy dictates, Policy does not superseded laws in place therefore the IWO, without a signature and seal are void under 28 USC 1691 and under the 4th amendment, a guarantees against Seizures

The Defense Attorney mentions in their motion to dismiss that the IWO, five (5) which they submitted with their motion, were **" Regular on their face and Facially Appeared to be Legally Sufficient "**  the Court will see that NOT one (1) of the Orders submitted contain ANY signatures in direct violation **28 USC 1691** titled SEAL AND TESTE OF PROCESS . " All writs and process issuing from a Court of the United States SHALL be Under Seal of the Court ( June 25, 1948, ch 646, 62 Stat 945 ) Multiple request for Cease and Desist, Interrogatories and copies of IWO containing a Judicial Seal, made to the Defendant, have been disregarded and ignored with claims of Immunity, as so stated in the Defendants motion to Dismiss. The Court in Florida Prepaid held that the States Sovereign Immunity IS subject to the DUE PROCESS CLAUSE which requires a State to provide a remedy to Individuates when it willfully deprives them of liberty or property in violation of Federal Law

## CONCLUSION

For the reasons mentioned herein, the plaintiff request that the motion to dismiss be DENIED and proceed to Discovery in which the plaintiff will show the Courts the Acts of violations by the Defendants of Due Process, Deprivation of Rights, Perjury Fraud and Extortion as they relate to the United States Constitution.

Dated  January 8th, 2022

Submitted by

Edwin Berrios Guzman
10618  E. Hwy 290
Frtesericksburg, TX 78624
520-278-3917
edwinguzman1001@gmail.com