UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Edwin Berrios Guzman
    Plaintiff

  vs

Christy C. Collins
Ann Coffman,
Shevaun Harris,
Kilolo Kijakazi,
Christne C Groves

    Defendants

Case No: **6:21-CV-01673**

**PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

The Plaintiff objects to the motion to Dismiss under Title 42 U.S Code 1983 which states,

**Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, SHALL be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress**

The defense claims the Courts Lack Of Jurisdiction, that the Plaintiffs Claims are Frivolous and unintelligible and Far Fetched. Haines v. Kerner 404 US 520 (1971) Supreme Court held that Pro Se SHOULD be held to " Less Stringent Standards" than those of drafted by Attorneys. Although the Plaintiff has no Legal education, the plaintiffs has done research into the allegations. Federal Court has Jurisdiction over matters of 1) Case involving Federal Questions. 2) Cases involving Diversity of Citizenship, and most importantly 3) Violations of Federal Laws and Procedures

SUPREMACY CLAUSE establishes that Federal Constitution, and State Federal Law generally take precedence over State laws, and even State Constitution. It prohibits States from interfering with the Federal Governments exercise of its constitution powers, and from assuming any functions that are exclusively entrusted to the Federal Government

Counsel for defense claims that the Plaintiffs is seeking a reversal of a Domestic Relation case ( 2005-DR-10591) and that Defendants have Qualified Immunity.  The Plaintiff has not requested any reversals of said case, but Does seek  Rights Afforded under the United States Constitution Bill of Rights justice for the violations committed during said case.

Florida Statues 61.30, along with 45 C.F.R 302.56 (i) which states that the State must take into consideration ALL earning and income of BOTH parents.

FACT.   Evidence of Fraud, Undeclared Income , and Perjury was submitted to Defendants Christine Groves, Ann Coffin and Shevaun Harris into violations of the Florida Statues 61.30 and Federal guidelines C.F.R  302.56 (i) .  Evidence submitted was a copy of a Tile Remodeling Business License, owned and Operated by the Plaintiff in case 2005-DR-10591. A copy of a Federal Employee Identification for FEMA along with photos of Construction Remodels completed. A motion for Continuance was submitted to gather additional information requested from the office of Defendant Shevaun Harris.

FACT.  Defendants Ann Coffin, Christine Grove Shevaun Harris and Christy Collins were ALL aware of the accusation of Fraud and Perjury relating to the statues mentioned previously, And acknowledged receipt of said Evidence. ( violation of Dur Process and Deprivation of Rights )

FACT.  During a hearing, Defendant Christine denied my motion for Continuance, with no explanation, or time to gather the information requested by the office of Shevaun Harris.  Defendant Christine Groves is employed as a Hearing Officer with NO judicial Powers to deny a Motion, or make a final Ruling.  Duties include Report and Recommend finding and Facts.   (Dereliction of Duty and Deprivation of Rights under the Color of Law )

FACT.  Defendant Ann Coffin,  Transmitted Income Withholding orders to the Social Security Administration, with verbiage of threats of fines for not submitting support order amounts.  The Defense has submitted 5 copies of said orders with not one (1) that contains a Judicial Signature, nor under Seal of the Court, as required under 28 U.S. Code 1691, titles Seal and Teste, where it states ALL writs and Orders SHALL be under the Seal of the Court. ( can be construed as the RICO act of Extortion, Due Process, Deprivation of Rights and violation of the  Fourth Amendment )

FACTS.  The Offices of Defendant Kilolo Kijakazi advised the Plaintiff that none of the Deduction orders contained ANY Judicial signature, or under Seal of the Court, but that it is the POLICY of the administration to honor the order.  The Defendant CANNOT violate 28 U.S Code 1691for the implementation of POLICY,  due to position held in Office. (Deprivation of Rights under the Color of Law, Fourth Amendment )

FACTS, Defendants ALL received request for  Interrogatories,  Pursuant to Rule 1.340 of the Florida Rules of Civil Procedures, which have all been disregarded for fear of the Plaintiffs allegation prove to be truth of Facts.

The Defense Attorney motion to dismiss mention many case laws but have left out the main reason on which the Plaintiffs complaint was filed.  The complaints consist of Violations mentioned herein and are for the Violations of DUE PROCESS, Deprivation of Rights Under the Color of Law and Violations of FEDERAL Law. The Reversal of Judgement is NOT mentioned in Plaintiffs Complaint.  The Defense would like the Court to Believe that there is no Jurisdiction and that the defendants have Qualified immunity.

The acts mentioned herein has caused the Plaintiff injury and harm, whereas the Plaintiff was forced into a homelessness.  The plaintiff resides in a 1992 Recreational Vehicle without air conditioning, Heat or running water.  The Plaintiffs is confined to living in this condition unable to move to another location due to the engine being inoperable. The Plaintiff receive Social Security Benefits in the amount of $1,281 in which $350.00 pays for the space in which he is located $75.00 for vehicle insurance, The Defendant and has type 2 Diabetes where another $ 275.00 goes toward Insulin and supplies.  The plaintiff is then left with $ 656.00 for food and hygiene supplies with an Income below the Federal Poverty limit.  The Defendants aware of my living conditions and have Disregarded the Evidence submitted which would have allowed for the Termination of the Order, in which the Defendant Christine Grove and Christy Collins Willfully disregard the evidence,  Defendants named herein have a Financial Interest in the Collections of support orders and have demonstrated that they are willing to Disregard law and Rules in order to continue receiving fees for said collection

## CONCLUSION

For the reasons mentioned herein, the plaintiff request that the motion to dismiss be DENIED and proceed to Discovery in which the plaintiff will show the Courts the Acts of violations by the Defendants of Due Process, Deprivation of Rights, Perjury Fraud and Extortion as they relate to the United States Constitution.

Dated January 13th , 2022

                                          Submitted by

                                        Edwin Berrios Guzman
                                        10618  E. Hwy 290
                                        Fredericksburg, TX 78624
                                        520-278-3917
                                        edwinguzman1001@gmail.com

Case 6:21-cv-01673-RBD-GJK   Document 26   Filed 01/13/22   Page 5 of 5 PageID 163