IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CUICUIT,

IN AND FOR ORANGE COUNTY, FLORIDA

IN RE: THE MATTER OF:                                            CASE NUMBER: 2005-DR-010591

DEPARTMENT OF REVENUE

AND

CAROLINE LOPEZ

       PETITIONER,

V.

EDWIN GUZMAN

       RESPONDENT

## MOTION FOR CONTINUANCE

COMES NOW Edwin Guzman and request that the courts grant a continuance based on current investigations into violations of Deprivation of Rights, Due Process, Perjury and Fraud.  Attachments will show that,

1)      An investigation with the Judicial Qualifications Commissions into violations of Due Process, Deprivations of Rights and Accessory to commit Fraud is underway (see exhibit 1)

2)      An investigation into Caroline Lopez with the Public Assistance Fraud Program is underway into Unreported Income and Business owned and operated by Ms. Lopez and Spouse. (see attached email response exhibit 2)

3)      An investigation into the Perjury of the Attorney for the Department of Revenue is underway for their participation in covering up the unreported income and Business operated by Ms. Lopez after information was presented to both Dept. Of. Revenue and the courts, My Complaint has named all as Co-Conspirators

4)      A recent Motion to Set Arrears submitted by the Attorney,  state that Recovery of payments for services provided,  lacks the  signature of Respondent in agreement with a repayment of services.  Request information have been ignored and a Motion for Production has been denied.

5)      Once the investigation conducted by Public Assistance is completed, and Fraud is determined, Ms. Lopez will be required to repay amounts received.  The Support order is based on services requested on behalf of Caroline Lopez and contained fraudulent information and failure to report any additional income and additional parties living in the household within 10 days of any change, which Ms. Lopez has clearly violated.

6)      The Respondent seeks additional time to prepare Complaints, Summons and prepare for submitting case file to the Federal District into the above-mentioned violations in which State, Federal and Constitutional law have been violated.

**Under Section 409.2561**

(1)  Any payment of public assistance money made to, or for the benefit of, any dependent child creates an obligation in an amount equal to the amount of public assistance paid. In accordance with 42 U.S.C. s. 657, the state shall retain amounts collected only to the extent necessary to reimburse amounts paid to the family as assistance by the state.  The Petitioners failures to inform DCF with income derived from Social Security, Child Support and a construction business ran out of their home made her Ineligible to receive State Sponsored TANF programs, therefore the support order was obtained under false pretense.

WHEREFORE, Respondent request that the Courts grant the request for Continuance while all investigations are completed, and an outcome is determined.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  that a true and correct copy of the foregoing has been furnished to Ann Coffman, Program Director Dept of Revenue and Caroline Lopez by means of USPS on December 3rd 2020  to

Ann Koffin Program Director

| | |
|---|---|
| Dept. Of. Revenue | Caroline Lopez |
| 2450 Shumard Oak Blvd | 9353 Monterey Bay Dr |
| Tallahassee, FL 32311 | Orlando, FL 32832 |

Edwin Guzman

_____