# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Edwin Berrios Guzman
    Plaintiff

  vs

Christy C. Collins
Ann Coffman,
Shevaun Harris,
Kilolo Kijakazi,
Christine C Groves

    Defendants

Case No: **6:21-CV-01673**

_____/

## AMENDMENT COMPLAINT

### I.     BASIS FOR JURISDICTION

State as well as Federal Court has jurisdiction over matters of suits brought pursuant to Section 242 title 18. The title make it a CRIME for a person, who under the color of any Statue, ordinance , regulation, custom or usage of any state or territory, subjects or causes to be subjected any citizen or other person within the Jurisdiction of the United States to the Deprivation of ANY rights, privileges or immunities secured by the Constitution and its laws, is liable to the party injured at law, suit in equity or other proper proceeding for redress.  In any lawsuit brought, the plaintiff must prove that he has been deprived of a right Secured by the Constitution and laws and secondly, that the defendants was acting Under the Color of any State law. The purpose of the statue is to deter public officials from using the badge of their authority to violate persons Constitutional rights and to provide compensation and other relief to victims of Constitutional deprivations Carey vs Piphus, 435 US 2547,253 (1978).  Under section 1331, Federal courts have jurisdiction over civil actions that arise under Constitution, laws or treaties of the United States.

I. **PARTIES TO THIS COMPLAINT**

A.      Edwin Berrios Guzman  C/O Jellystone park( **PLAINTIFF**)
        10618 East US Hwy 290
        Fredericksburg, TX 78624
        520-278-3917

1.      Ann Coffman Program Dir. CSE  ( **Defendant** )
        2450 Shumard Oak Blvd.
        Tallahassee, FL 32311
        850-488-6800

2.      Christy C. Collins Circuit Court Judge     **(Defendant )**
        425 N. Orange Ave Rm# 16-ARB Div 3
        Orlando, FL. 32801

3.      Kilolo Kijakazi  Commissioner of Social Security Admin ( **Defendant** )
        Social Security Office
        1100 West High Rise
        6401 Security Blvd
        Baltimore, MD. 21235

4.      Christine E. Groves  Hearing Officer     **(Defendant)**
        425 N. Orange Ave
        Orlando, FL 32801

5.      Shevaun Harris  Office of the Secretary DCF     **(Defendant)**
        400 W. Robinson St. Rm 1129
        Orlando, FL 32801
        407-317-7000

II.     **STATEMENT OF CLAIM**

The above mentioned defendants listed herein have willfully and knowingly,  participating  in violations of State and Federal laws in a related case number # **2005-DR-010591-0**  in which the defendants all had different roles of participation.  Violations listed herein will show that the Defendants refused to afford me with my constitutional Right of Due Process and Deprivation  of Rights, as defined in  Section 242 of the Title 18,  which make it a crime for a person acting under the Color of Law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States

The Fifth Amendment Article 1 sec 3 of the Constitution requires that all persons SHALL not be deprived of Life, Liberty, Property and Personal effect.  U.S.C 666 (a)(5)(C)(i) requires that the State MUST afford Due Process Safeguards.

In accordance with **42 USC 603(a)(5)(c)(iii**)  In a case of a non-custodial parent who becomes ENROLLED in the PROJECT there SHALL be in COMPLIANCE with the TERMS of a WRITTEN PERSONAL RESPONSIBILITY CONTRACT.

**U.S.C 3720D**  Garnishments requires that the title IV-D agency to produce a Contract that Compels the Plaintiff into Performance and validate the non-tax Dept owed to the United States

Violations  **28 USC 1691** titled  SEAL AND TESTE OF PROCESS .  " All writs and process issuing from a Court of the United States SHALL be Under Seal of the Court ( June 25, 1948, ch 646, 62 Stat 945 )

It is through lawsuits against State officers that the State Compliance with Federal Law is achieved. The availability of prospective relief of the sort awarded in Ex Parte Young give life to the Supremacy Clause.  There can be no doubt that title 42 2983 was intended to provide a remedy, to be broadly construed, against all forms of official violations of Federally protected rights.  Monell vs. New York City Dept of Social Services 436 US 658,700,701 (1978) There is no requirement that a Plaintiff cannot bring a suit in Federal Court because State Court has CONCURENT Jurisdiction and the usual rule is exhaustion of administrative  and judicial state remedies is not a prerequisite to a 42 USC sec 1983 see Howlett v Rose 496 356 (1990)

 Defendant **Christy C. Collins,** all motions submitted were met with being Stricken and /or denied with no explanations, Christy C. Collins disregarded evidence of  Fraud and perjury, submitted into Evidence, and disregarded said evidence, a violation of **25 CFR 11.440 (a)**  A person commits a misdemeanor when alters, destroys or CONCEALS documents with purpose to impair its verity or AVAILABILITY in a proceeding. A motion for continuance during an investigation into the allegations was quickly denied to cover up said crimes.  Chirsty C. Collins  operated under the color of law and violated my right to Due process and Deprivations of Rights under section 242 title 18.

 Defendant  **Ann Coffman,**  has failed to provide me with REQUIRED information as required by Federal Laws on Procedure, over a period of six (6) years, resulting in the collection of revenue in excess of 50,000.  Request for Production of documents have gone unanswered and in violations in accordance with **42 USC 603(a)(5)(c)(iii**   The information requested  will show that violations of Federal Rules have been violated by the defendant.  Information provided to Ann Coffin, into the fraud and perjury of the individual in a related case ,were quickly set aside and no action has been taken. Federal procedures were created for all to follow, and Ms Coffin has chosen to create new rules to superseded Federal Laws in violation of  **25 CFR 11.440 (a)**  A person commits a misdemeanor when alters, destroys or CONCEALS documents with purpose to impair its verity or AVAILABILITY in a proceeding. Defendant Coffin submitted Income Withholding Orders to multiple Employers, and to the Social Security Administration, with verbiage of threats of fines, along with fraudulent signatures in place of a Judicial signature, in violations  **28 USC 1691** titled  SEAL AND TESTE OF PROCESS . " All writs and process issuing from a Court of the United States SHALL be Under Seal of the Court ( June 25, 1948, ch 646, 62 Stat 945 ).  The IWO can be construed as Threats and Extortion under the RICO Act

Defendant **Christine E. Groves,**
multiple motions and evidence was submitted into fraud and perjury during hearings in the related case **2005-DR-010591-0.** Chirstine Grove, a non- judicial hearing officer, chose not to report my allegations to the appropriate department for investigations, Ms. Groves denied my request for continuance into the allegations, which are not in her duties as a Hearing Officer with NO judicial powers granted. Ms. Groves violated the duties entrusted in providing a Fair and Impartial hearing and making recommendations as duties require. Ms. Groves violated my rights under **Section 242 title 18** and acted Under the Color of Law, and Violations **28 USC 1691** titled SEAL AND TESTE OF PROCESS . " All writs and process issuing from a Court of the United States SHALL be Under Seal of the Court ( June 25, 1948, ch 646, 62 Stat 945 )


As to Defendant **Kilolo Kijakazi Commissioner of Social Security Admin,** multiple request for a **VALID** court order, with an OFFICIAL seal , as required by law under , Violations **28 USC 1691** titled SEAL AND TESTE OF PROCESS . " All writs and process issuing from a Court of the United States SHALL be Under Seal of the Court ( June 25, 1948, ch 646, 62 Stat 945 ) for the interception of funds have gone unanswered. A Cease and Desist letter sent to the office of Kilolo Kijakazi until matters are resolved have not been answered and deductions continue to be intercepted from my Entitlements. Deductions without a legal document with an official signature is required to seize any property, papers or personal effects. Representatives of the department have notified me that there are NO deduction orders that contain a Judicial signatures and that all orders received contain a signature of Sharon King, a processing manager with child support enforcement, a non-judicial employee. Kilolo Kijakazi is awear that there is no valid deduction order but will continue the offset my entitlements in Violation of **Section 242 title 18** and **28 USC 1691**


**Shevaun Harris,** Information and evidence into fraud and perjury were provided to DCF, in complaint # 94784, in which a participant in the DCF program violated the Program policy. Complaint number #94784 with its evidence of violations were ignored and set aside in order to maintain the invalid support order through the Title IV-D program, in which the evidence would have called for a termination of the order. Ms. Shevaun Harris is in violation of **Section 28 title 18** in deprivation of Rights, and in Violations of **25 CFR 11.440 (a)** A person commits a misdemeanor when alters, destroys or CONCEALS documents with purpose to impair its verity or AVAILABILITY


Damages and Injuries sustained by the Defendants include the steady decline in health due to the emotional stress of being in a Homelessness state and the increase of blood sugar diabetes are the direct cause of the Defendants violations of the past 6 years The Petitioners receives monthly benefits under the Social Security Administration due to a Disability in the amount of $$1,281.00, of which 200.00 currently is withheld by the Dept. of Revenue. The total monthly expense of the Petitioner exceeds $700.00 with medical supplies and medications, insurance and food. The Plaintiff is forced into residing in a late model recreational vehicle with no air conditioning, heating or availability to move to an affordable place area. The plaintiff is currently below the Federal Poverty limits. Petitioners health continue to decline when he finds himself having to panhandle in order to make ends meet.

**III.     RELIEF REQUESTED.**

Petitioner request that all deductions orders Cease, reinstatement of Passport Privileges, all monies deducted under false pretense be refunded and  Punitive damages in the amount of $3,000.00 for EACH defendant


**IV.     CERTIFICATION**

As required by Federal Rule of Civil Procedure,  I certify by signing below that to the best of my knowledge  information, and belief, this complaint : (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay or needless increase the cost of litigation;   (2)  is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law;  (3) the factual contentions have evidentiary support or, will likely have evidentiary support after reasonable opportunity for further investigation or discovery;  and (4) the complaint otherwise complies with the requirement of rule 11.


I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in a dismissal of my case. I certify that a copy of this Amended Complaint has bee furnished to the Defendants listed herein via express mail certified  return receipt.


Date.  January 18th, 2022


*Edwin Guzman*     electronically signed


Edwin Berrios Guzman
C/O Jellystone Park
10618 East US Hwy 290
Fredricksburg, TX 78624
edwinguzman1001@gmail.com
520-278-3917