UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Edwin Berrios Guzman,

    Plaintiff,

v.                               Case No. 6:21-cv-1673-RBD-GJK

Ann Coffin, Christy C. Collins,
Shevaun Harris, Kilolo Kijakazi, and
Christine Groves,

    Defendants.
_____/

## STATE DEFENDANTS' NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action

**IS** related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency as indicated below:

*Caroline Lopez v. Edwin Guzman*, Ninth Judicial Circuit Court, Orange County, Florida Case 2005-DR-10591

Dated: February 18, 2022         Respectfully submitted,

                                       **ASHLEY MOODY**
                                       **ATTORNEY GENERAL**

                                       */s/ Eugenia Izmaylova*
                                       Eugenia Izmaylova
                                       Senior Assistant Attorney General
                                       Florida Bar No. 1003467
                                       Office of the Attorney General
                                       Concourse Center IV
                                       3507 E. Frontage Road, Suite 150

>Tampa, FL 33607
>(813) 577-4528 – Telephone
>Eugenia.Izmaylova@myfloridalegal.com
>Christina.Santacroce@myfloridalegal.com
>Monserrat.Zapien@myfloridalegal.com
>*Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing. I further certify that I caused the foregoing document to be mailed to the following non-CM/ECF participant: Plaintiff, *pro se*, Edwin Berrios Guzman, c/o Jellystone Park, 10618 East U.S. Hwy 290, Fredericksburg, TX 78624.

>*/s/ Eugenia Izmaylova*
>Senior Assistant Attorney General