# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EDWIN BERRIOS GUZMAN,

    Plaintiff,

v.                                                  Case No. 6:21-cv-1673-RBD-GJK

ANN COFFMAN; CHRISTY C.
COLLINS; SHEVAUN HARRIS;
KILOLO KIJAKAZI; and
CHRISTINE C. GROVES,

    Defendants.
_____

## ORDER

This cause is before the Court *sua sponte*. Defendant Kilolo Kijakazi filed a motion to dismiss Plaintiff's Complaint. (Doc. 30 ("Motion").) Plaintiff, despite responding to another motion to dismiss twice (*see* Docs. 35–36, 39), failed to timely respond to Defendant Kijakazi's Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff is **DIRECTED** to respond to Defendant Kijakazi's Motion (Doc. 30) by **Friday, March 4, 2022**. Failure to timely and adequately respond may result in the Court granting the Motion as unopposed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 22, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Edwin Berrios Guzman