# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

August 05, 2022

For rules and forms visit
www.ca11.uscourts.gov

Edwin Berrios Guzman
c/o TWC Jellystone Park Camp-Resort
10618 E HWY 290
FREDERICKSBURG, TX 28674

Appeal Number: 22-11168-F
Case Style: Edwin Guzman v. Ann Coffman, et al
District Court Docket No: 6:21-cv-01673-RBD-GJK

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11168-F

_____

EDWIN BERRIOS GUZMAN,

                                                                        Plaintiff - Appellant,

versus

ANN COFFMAN,
Program Director Dept. of Revenue,
CHRISTY C. COLLINS,
Circuit Court Judge,
SHEVAUN HARRIS,
Office of the Secretary DCF,
COMMISSIONER OF SOCIAL SECURITY,
CHRISTINE C. GROVES,
Hearing Officer,

                                                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

    Edwin Guzman moves this Court for leave to proceed *in forma pauperis*, on appeal from the dismissal of his *pro se* civil rights complaint.  Because this appeal raises issues of arguable merit, it is non-frivolous.  *See Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002), *overruled on other grounds by Hoever v. Marks*, 993 F.3d 1353 (11th Cir. 2021).  Accordingly, Guzman's motion to proceed *in forma pauperis* is GRANTED.

                                                                     /s/ Andrew L. Brasher
                                                     UNITED STATES CIRCUIT JUDGE